UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-08139-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL ANTONIO MORENO-GARCIA,

    Defendant.
_____/

FILED BY SW D.C.

Mar 19, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## PRETRIAL DETENTION ORDER

The Defendant, RAUL ANTONIO MORENO-GARCIA, appeared before the Court on March 19, 2025, for his detention hearing. The Government moved for pretrial detention of Defendant on the basis that he presents a serious risk of flight under 18 U.S.C. § 3142(f)(2)(A). The Court finds by a preponderance of the evidence that the Government does have the right to move for detention under § 3142(f)(2)(A) in light of the facts of this case. After conducting a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f), the Court concludes that the facts and law require that Defendant be detained.

### I.    Findings of Fact

Defendant is charged by Criminal Complaint [DE 1] with illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). If convicted, Defendant is facing up to two years in prison, up to one year of supervised release, and up to a $250,000 fine.

### II.    Reasons for Detention

The Court takes judicial notice of the Criminal Complaint and Affidavit and the Modified Pretrial Services Report. Defendant stipulated to detention. In light of the charges against

Defendant, the information contained in the Criminal Complaint and Affidavit and the Modified Pretrial Services Report, and Defendant's stipulation, the Court will order detention based on a finding that the Defendant poses a serious risk of flight, with the understanding that Defendant may move for a full detention hearing before the undersigned at a subsequent date if he chooses to do so.

### III.     Directions Regarding Detention

Accordingly, it is hereby **ORDERED** that Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for the purpose of a court appearance.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, on the 19th day of March 2025.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge